# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GEORGE BERNARD BRATCHER,<br>JR.,<br><br>   Defendant. | CR 25-43-GF-WWM<br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 44) pursuant to Federal Rule of Criminal Procedure 32.2(b).  Defendant George Bernard Bratcher, Jr. has been adjudged guilty as charged to being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1) and conceded to forfeiture (Docs. 37, 41) pursuant to 18 U.S.C. § 924(d).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED**:

**IT IS FURTHER ORDERED** that Defendant George Bernard Bratcher, Jr.'s interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Taurus, model G3C, 9mm caliber pistol, S/N: ACB527257; and
- Any associated accessories and ammunition, including 10 rounds 9mm caliber CCI ammunition.

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(l) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 4th day of March, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2