IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-43-GF-WWM-JTJ |
| Plaintiff, | |
| vs. | AMENDED FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| GEORGE BERNARD BRATCHER, JR., | |
| Defendant. | |

The Defendant, by consent (Doc. 42), appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and entered a plea of guilty to the charge of felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). The Defendant also entered a plea to True to the Government's Criminal Forfeiture allegation as set forth in the Indictment.

After examining the Defendant under oath, the Court determined that the plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived;

and that the offenses charged and to which a plea was entered contained each of the essential elements of the offenses. I recommend that the Defendant be adjudged guilty and that sentence be imposed. A presentence report will be ordered.

DATED this 20th day of March 2026.

John Johnston
United States Magistrate Judge

## NOTICE

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).